IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-02277-CBS-KLM

PEREGRINE COMMUNICATIONS, INC., a Colorado corporation,
    Plaintiff,
v.

SECURENET, LLC, a California limited liability company,
    Defendant.
_____

ORDER AND ORDER OF REFERENCE
_____

This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

On December 16, 2008, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 13). All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294. Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117. All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 08-cv-02277-CBS-KLM**.

II.     Order of Reference

The Order of Reference dated October 22, 2008 (doc. # 5) is hereby VACATED. This matter is now referred to United States Magistrate Judge Kristen L. Mix *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.  A settlement conference is currently set before Magistrate Judge Mix on March 12, 2009 at 1:30 p.m.

III.    Further Proceedings

A.      The deadlines and settings set forth in the Scheduling Order dated December 16, 2008 (doc. # 15) remain unchanged.

B.      A Telephone Status Conference shall be held by Magistrate Judge Shaffer in Courtroom A-402, 4th Floor, on **Wednesday January 21, 2009 at 8:30 a.m.**  Parties and counsel are advised that a Final Pretrial Conference and a trial date for a 3-day trial to the court will be scheduled during the Telephone Status Conference.  Counsel shall arrange a telephone conference call among themselves before telephoning the court.

DATED at Denver, Colorado, this 17th day of December, 2008.

BY THE COURT:


s/Craig B. Shaffer
United States Magistrate Judge