IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 08-cv-02277-CBS-KLM | FTR - Reporter Deck-Courtroom A402 |
| Date: February 17, 2009 | Courtroom Deputy: Ginny Kramer |

| *Parties:* | *Counsel:* |
|---|---|
| PEREGRINE COMMUNICATIONS, INC., *a Colorado corporation,* | Ilona Dotterrer<br>Francis Collins |
| Plaintiff, | |
| v. | |
| SECURENET, LLC., *a California limited liability company,* | Jennifer Weddle |
| Defendant. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**

**Court in Session: 9:19 a.m.**

Court calls case. Appearances of counsel.

The Court and counsel discuss pending motions.

**It was ORDERED:**

1. That Plaintiff's Motion to Compel *Full and Complete Responses to Its Discovery Requests to Defendant* [#22] filed February 06, 2009, is **granted in part and denied in part** as stated on the record.

2. That the Defendant's Motion to Withdraw as Attorney [#25] filed February 12, 2009,

is **deferred** pending a status conference scheduled for February 18, 2009, at 11:30 a.m.

3. That a Status Conference is scheduled for **February 18, 2009, at 11:30 a.m.**

HEARING CONCLUDED.

**Court in recess**:**10:00 a.m.**
Total time in court:    00:41

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.