IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-02277-CBS-KLM

PEREGRINE COMMUNICATIONS, INC., a Colorado corporation,
    Plaintiff,
v.

SECURENET, L.L.C., a California corporation,
    Defendant/Counterclaim Plaintiff,
v.

PEREGRINE COMMUNICATIONS, INC., a Colorado corporation,
    Counterclaim Defendant.

---

ORDER AND ORDER TO SHOW CAUSE

---

This matter came before the court for hearings on February 17, 2009 and February 18, 2009. At the hearing held on February 17, 2009, the court ordered Defendant/Counterclaim Plaintiff Securenet L.L.C. ("Securenet") to supplement its responses to Interrogatory Nos. 8, 11, 12 and Request for Production Nos. 3 and 8 on or before Friday February 20, 2009 at 12:00 noon. (*See* Courtroom Minutes/Minute Order (doc. # 30)). The court directed Securenet's counsel to advise Securenet that it must appear via telephone for a further hearing on February 18, 2009 regarding Securenet's counsel's Motion to Withdraw and Securenet's discovery obligations.

Counsel for Plaintiff and Securenet appeared via telephone on February 18, 2009. Neither Securenet nor its principal, Derwin Cox, appeared. Mr. Cox communicated with the court via e-mail to his counsel, indicating that he would no longer be participating in this lawsuit. (*See* Courtroom Minutes/Minute Order (doc. # 32)). At the hearing held on February 18, 2009, the court permitted counsel for Securenet to withdraw as counsel of

record.  (*See* Courtroom Minutes/Minute Order (doc. # 32)).

Securenet is currently unrepresented by counsel.  Pursuant to the Local Rules of Practice for the United States District Court for the District of Colorado,

> a corporation, partnership or other legal entity . . . cannot appear without counsel admitted to practice before this court, and absent prompt appearance of substitute counsel, pleadings, motions and other papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

D.C.COLO.LCivR 83.3 D.  Securenet has been fully advised of its obligations in this lawsuit.  (*See* Courtroom Minutes/Minute Order (doc. # 32); doc. # 25; doc. # 26).

Pursuant to D.C. COLO. LCivR 41.1, "[a] judicial officer may issue an order to show cause why a case should not be dismissed for lack of prosecution or for failure to comply with these rules, the Federal Rules of Civil Procedure, or any court order."  Accordingly,

IT IS ORDERED that:

1. Securenet shall supplement its responses to Interrogatory Nos. 8, 11, 12 and Request for Production Nos. 3 and 8 on or before Friday February 20, 2009.

2. Securenet shall show cause on or before Friday February 27, 2009 why a default judgment or other sanctions should not be imposed against it for failure to comply with court orders and the Local Rules of the District Court for the District of Colorado by failing to appear at the February 18, 2009 hearing.

3. Securenet shall appear at the February 27, 2009 hearing and all other future proceedings through counsel as required by D.C.COLO.LCivR 83.3 D.

DATED at Denver, Colorado this 19th day of February, 2009.

                              BY THE COURT:

                              <u>s/Craig B. Shaffer</u>
                              United States Magistrate Judge