IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02277-CBS-KLM

PEREGRINE COMMUNICATIONS, INC., a Colorado corporation,

　　Plaintiff,

v.

SECURENET, LLC, a California limited liability company,

　　Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　This matter is before the Court on Plaintiff's **Motion to Vacate Settlement Conference** [Docket No. 34; Filed February 19, 2009] (the "Motion").

　　IT IS HEREBY **ORDERED** that the Settlement Conference set for March 3, 2009 at 1:30 p.m. is **vacated** and will be reset joint motion of the parties.

Dated: February 19, 2009